## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESSICA E. HILL, an individual** <br> **by and through her mother and** <br> **next friend, Andrea P. Hill,** | ) <br> <br> ) | |
| PLAINTIFF, | ) | |
| VS. | ) | 2:06-cv-00308-JHH |
| **BLUE CROSS BLUE SHIELD** <br> **OF ALABAMA, a corporation,** | ) <br> <br> ) | |
| DEFENDANT. | | |

## MEMORANDUM OF DECISION AND ORDER

The court has before it the December 12, 2006 joint motion (Doc. #22) to approve a settlement of this action. The court also has before it the document (Doc. #26) filed January 5, 2007 described in and required by the order (Doc. #25) filed January 3, 2007. Pursuant to such January 3, 2007 order, there has been delivered to chambers in a sealed envelope a copy of the Confidential Settlement Agreement.

The court is familiar with the nature of the claims stated in the amended complaint (Doc. #12) filed June 20, 2006, and all other matters of record in this case. The court is of the opinion that the proposed settlement of all aspects of this

action is fair and reasonable to all parties, including particularly Jessica Hill, the minor of the adult plaintiffs for whose benefit this action was commenced.  The court further notes the settlement benefits two minor siblings of the said Jessica Hill.

Having considered all of the foregoing, the court expressly concludes that the settlement is fair and reasonable to the said Jessica Hill and is in her best interest.  The settlement in accordance with the "Release and Confidential Settlement Agreement" presented to the court in camera is **APPROVED**.  While the court will destroy the copy of such release presented to the court in camera, counsel for the parties are each required to maintain in their files an executed copy thereof.

A separate order dismissing this action, with prejudice, will be entered.

**DONE** this the   10th    day of January, 2007.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE